**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer**

Criminal Action No. 08-cr-00294-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     ISMAEL LEE RODRIGUEZ,

    Defendant.

## ORDER

Upon the motion of the United States of America, and for good cause shown, it is ORDERED that Counts Two and Three of the Indictment in the above-captioned case are dismissed.

Dated this 5th day of December, 2008.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      Philip A. Brimmer
                                      United States District Judge