**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer**

Criminal Action No. 08-cr-00294-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ISMAEL LEE RODRIGUEZ,

    Defendant.

---

## ORDER

---

THIS MATTER coming before the Court upon motion of the government to grant the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines section 3E1.1(b), and the Court having considered the same,

IT IS HEREBY ORDERED that the defendant be granted an additional one-level decrease in the offense level.

Dated this 5th day of December, 2008.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              Philip A. Brimmer
                              United States District Judge